[No. 55906-1-I.  Division One.  May 1, 2006.]

AMY J. SCHNEIDER ET AL., *Appellants,* v. BENITO DITERLIZZI ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-31414-5, Carol A. Schapira, J., entered February 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55910-9-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND GUERRA GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02278-3, Michael T. Downes, J., entered February 17, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ. Now published at 133 Wn. App. 236.

[No. 55964-8-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. J.N., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-02781-2, Donald D. Haley, J., entered May 4, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55965-6-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. J.N., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-8-00223-1, Suzanne M. Barnett, J., entered March 25, 2005. *Affirmed* by unpublished per curiam opinion.